UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

CARLOS SOCARRAS PADRON (A-Number: 205-205-589),

Petitioner,

v.

CHRISTOPHER CHESTNUT,

Respondent.

No. 1:26-cv-06247-KES-EPG (HC)

ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, GRANTING PETITION FOR WRIT OF HABEAS CORPUS, AND REQUIRING BOND HEARING WITHIN FOURTEEN (14) DAYS

Docs. 1, 13

Petitioner Carlos Socarras Padron is an immigration detainee proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241. Doc. 1. This matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On October 15, 2026, the assigned magistrate judge issued findings and recommendations that recommended granting the petition and ordering that petitioner be provided a bond hearing. Doc. 13 at 15. The findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service. *Id.* at 16. To date, no objections have been filed, and the time for doing so has passed.

In accordance with 28 U.S.C. § 636(b)(1), the court reviewed the matter de novo. Having carefully reviewed the file, the court concludes that the findings and recommendations are supported by the record and proper analysis.

The court ORDERS:

1. The findings and recommendations, Doc. 13, are ADOPTED.
2. The petition for writ of habeas corpus, Doc. 1, is GRANTED.

3. The motion for temporary restraining order, Doc. 11, is DENIED as moot.
4. Respondent is ORDERED to provide petitioner Carlos Socarras Padron (A-Number: 205-205-589) with a bond hearing before an immigration judge to be held within fourteen (14) days that complies with the requirements set forth in *Singh v. Holder*, 638 F.3d 1196 (9th Cir. 2011), at which:
    a. "the government must prove by clear and convincing evidence that [petitioner] is a flight risk or a danger to the community to justify denial of bond," *Singh*, 638 F.3d at 1203, and
    b. in the event that bond is appropriate, the neutral decisionmaker must consider petitioner's financial circumstances and alternative conditions of release in setting the amount of bond.
5. Respondent shall immediately provide petitioner with a copy of this Order and shall provide him with 72 hours' notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondent may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' notice before the bond hearing. If respondent does not provide petitioner with a bond hearing within fourteen (14) days, then respondent must release him.
6. The Clerk of Court is directed to close this case, terminate any remaining motions as moot, and enter judgment for petitioner.
7. The Clerk is directed to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: October 30, 2026

UNITED STATES DISTRICT JUDGE